No. 148. CALIFORNIA CONSOLIDATED MINING COMPANY, PLAINTIFF IN ERROR, *v.* CHARLES MANLEY, SHERIFF OF SHOSHONE COUNTY, STATE OF IDAHO, ET AL. In error to the Supreme Court of the State of Idaho. Motion to dismiss submitted October 15, 1906. Decided October 22, 1906. *Per Curiam.* Dismissed for the want of jurisdiction. *Green v. Van Buskirk,* 3 Wall. 448; *Union Mutual Life Insurance Company v. Kirchoff,* 160 U. S. 374; *Haseltine v. Central Bank of Springfield, Mo.* (No. 1), 183 U. S. 130; *Schlosser v. Hemphill,*

198 U. S. 173; *Clark* v. *Roller*, 199 U. S. 541, 544. *Mr. Myron A. Folsom* for plaintiff in error. *Mr. J. H. Forney* for defendants in error.